IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRENCHER D. WYATT MACON, )<br>#150609, )<br>    Plaintiff, )<br>     )<br>v. )<br>     )<br>ALA. STATE WDN. III FRANK )<br>ALBRIGHT, *et al.*, )<br>     )<br>    Defendants. ) | CIVIL ACTION NO. 2:11-CV-903-WHA<br>[WO] |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff files this 42 U.S.C. § 1983 complaint alleging that Defendants failed to protect her from an inmate assault. Plaintiff names as defendants Warden Frank Albright, Karla Jones, Sgt. B. Coleman, Sgt. P. Sanders, and Correctional Officers Coach, Gibbons, and Cook. Upon review of the amended and supplemental complaints, the court finds that the pleadings are devoid of any complaints or allegations against Defendants Jones, Coach, and Cook.[1] The undersigned, therefore, finds that the amended and supplemental complaints, as pled, do not support a cause of action against these individuals.

While the court is well aware that *pro se* complaints are held to a less stringent standard than those drafted by attorneys, the amended and supplemental complaints do not bring any comprehensible cause of action against Defendants Jones, Coach, and Cook. These individuals are, therefore, due to be dismissed as parties to the complaint. *See Potter*

---

[1] In accordance with the previous proceedings and orders of the court, the instant action is proceeding on the amended and supplemental complaints filed by Plaintiff on March 13 and March 20, 2012. (*See Doc. Nos. 16, 18.*)

*v. Clark,* 497 F.2d 1206, 1207 (7th Cir. 1974) (*per curiam*) (court properly dismissed *pro se* complaint that was silent as to defendant except for his name appearing in caption).  *See* 28 U.S.C. § 1915(e)(2)(B).

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1.  Plaintiff's complaint against Defendants Jones, Coach, and Cook be DISMISSED without prejudice and prior to service of process;

2.  Defendants Jones, Coach, and Cook be DISMISSED as parties to the complaint under 28 U.S.C. § 1915(e)(2)(B); and

3.  This case, with regard to the remaining defendants, be referred back to the undersigned for further proceedings.

It is further

ORDERED that on or before **May 7, 2012,** the parties may filey objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain

error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 23rd day of April, 2012.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE