IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRENCHER D. WYATT MACON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:11cv903-WHA |
| ) | |
| ALA. STATE WDN. III FRANK ALBRIGHT, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #22), entered on April 23, 2012, the court ADOPTS the Recommendation, and it is hereby ORDERED as follows:

1. Plaintiff's Complaint against Defendants Jones, Coach, and Cook is DISMISSED without prejudice and prior to service of process.

2. Defendants Jones, Coach, and Cook are DISMISSED as parties to the Complaint under 28 U.S.C. § 1915(e)(2)(B).

3. This case, with regard to the remaining Defendants, is referred back to the Magistrate Judge for further proceedings.

DONE this 14th day of June, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE